UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ADVANCED ENVIRONMENTAL SERVICES, INC., et al., | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) )  Case No. 4: 19 CV 3099 RWS ) |
| CITY OF ST. LOUIS, et al., | ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

Per the parties' joint response [27] to the Show Cause Order issued on July 21, 2020 [26],

**IT IS HEREBY ORDERED** that the motion for preliminary injunction [9] is denied as withdrawn by plaintiff.

**IT IS FURTHER ORDERED** that the joint motion to amend [25] is granted.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 27th day of July, 2020.