UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CCI ENVIRONMENTAL, INC., et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 4:19-cv-03099-RWS |
| | ) |
| CITY OF ST. LOUIS, et al., | ) |
| | ) |
| Defendants. | ) |

DEFENDANT CITY'S MOTION FOR SUMMARY JUDGMENT

Pursuant to F.R.Civ.P. 56, defendant City of St. Louis moves the Court to grant summary judgment in its favor on all claims alleged in the amended complaint [ECF 3] herein. Defendant submits herewith its statement of uncontroverted material facts, exhibits, and memorandum in support of the motion.

Respectfully submitted,

JULIAN L. BUSH, CITY COUNSELOR
/s/Robert H. Dierker 23671(MO)
Deputy City Counselor
dierkerr@stlouis-mo.gov
Chelsea Mannery 71062(MO)
Assistant City Counselor
manneryc@stlouis-mo.gov
314 City Hall
1200 Market St.
St. Louis, MO 63103
314-622-3361
Attorneys for Defendants